146 A.3d 474

**MCDONALD, James Anthony**

v.

**STATE of Maryland**

**No. 237, Sept.Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 174, Sept. Term, 2015).

Petition for writ of certiorari denied.

2

146 A.3d 474

**MCKNIGHT, William**

v.

**STATE of Maryland**

**No. 227, Sept. Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 391, Sept. Term, 2015).

Petition for writ of certiorari denied.